APPEAL NO. 1588. FRANCIS D. FOX *et ux. v.* JOHN H. NORBERG, *Tax Administrator.* Motion for leave to reargue denied. *Francis D. Fox,* pro se, for plaintiffs. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant.

September 15, 1972.

M. P. No. 1394. ROBERT W. FLINT JR. *v.* FRANCIS A. HOWARD, *Warden.* Motion of petitioner for admission to bail pending filing and disposition of his petition for certiorari in the United States Supreme Court is denied. *Ralph J. Gonnella,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1823. RAYMOND L. S. PATRIARCA *v.* FRANCIS A. HOWARD, *Warden.* Petition for habeas corpus writ admitting petitioner to bail pending his appeal, which is assigned to October argument calendar, is denied. Paolino, J., not participating. *Robert Napolitano,* Portland, Maine, *Harvey Brower,* Revere, Massachusetts and *Harris Berson,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1830. MERLINO ENTERPRISES, INCORPORATED *v.* LOUIS FENLON *et al., Individually and as Members of Town Council of Charlestown.* Respondent Town Council directed to furnish Supreme Court with a revision of its decision whereby it will point to evidence on which it made findings of fact leading to denial of application of petitioner. *John F. Lallo,* for petitioner. *James O. Watts,* for respondents.

M. P. No. 1849. MORRY ROSS *et al. v.* GEORGE R. KOELHER *d/b/a* COOK's FISH MARKET. Motion for leave to file petition for writ of certiorari is denied. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for plaintiffs-respondents. *Francis V. Reynolds,* for defendant-petitioner.